UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KRIS ROMANDETTI and LEADING EDGE MEDICAL CONSULTING, LLC

    Plaintiffs,

vs.

FIRST CHOICE HEALTHCARE SOLUTIONS, INC.

    Defendant.

Case No.: 6:19-cv-436-Orl-41GJK

## PLAINTIFFS' NOTICE OF PENDENCY OF RELATED ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Romandetti v. First Choice Healthcare Solutions, Inc.*, No. 05-2019-CA-014669 (Fla. 18th Cir. Ct.), brought originally in the Circuit Court of the Eighteenth Judicial Circuit, Brevard County, Florida on February 1, 2019 and removed to this Court on March 8, 2019.

_____ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: March 16, 2019.

    Respectfully submitted,

    /s/ Taylor F. Ford
    Taylor F. Ford
    Florida Bar No.: 0041008

-2-

        Dustin Mauser-Claassen
        Florida Bar No.: 0119289
        KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
        P.O. Box 1631
        Orlando, FL 32802-1631
        Telephone: (407) 422-2472
        Facsimile: (407) 648-0161
        tford@kbzwlaw.com
        dmauser@kbzwlaw.com

        *Counsel for Plaintiffs Kris Romandetti and*
        *Leading Edge Medical Consulting, LLC*

### **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on March 16, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        /s/ Taylor F. Ford
        Taylor F. Ford
        Florida Bar No.: 0041008