UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KRIS ROMANDETTI and LEADING EDGE
MEDICAL CONSULTING, LLC

     Plaintiffs,

vs.

FIRST CHOICE HEALTHCARE SOLUTIONS, INC.

     Defendant.

Case No.: 6:19-cv-436-Orl-41GJK

## PLAINTIFFS' NOTICE OF WAIVER OF STATUTORY RIGHT TO SEEK REMAND PURSUANT TO 28 U.S.C. § 1447

Plaintiffs Kris Romandetti and Leading Edge Medical Consulting, LLC respectfully give notice to the Court that they hereby waive their 30-day period to file a motion to remand this case to state court for procedural defects under 28 U.S.C. § 1447(c) ("A motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction must be made within 30 days after the filing of the notice of removal under section 1446(a)."). To the extent the Court is satisfied of its subject matter jurisdiction, Plaintiffs are content to litigate this case in the U.S. District Court for the Middle District of Florida.

Dated:  March 16, 2019.

Respectfully submitted,

/s/ Taylor F. Ford
Taylor F. Ford
Florida Bar No.: 0041008
Dustin Mauser-Claassen
Florida Bar No.: 0119289
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
tford@kbzwlaw.com
dmauser@kbzwlaw.com

*Counsel for Plaintiffs Kris Romandetti and
Leading Edge Medical Consulting, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on March 16, 2019, I electronically filed the foregoing

document with the Clerk of the Court by using the CM/ECF system, which will send a notice

of electronic filing to all counsel of record.

/s/ Taylor F. Ford
Taylor F. Ford
Florida Bar No.: 0041008