UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

|  |  |
|---|---|
| KRIS ROMANDETTI and LEADING EDGE MEDICAL CONSULTING, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> FIRST CHOICE HEALTHCARE SOLUTIONS, INC., <br><br> Defendant. | CASE NO. 6:19-cv-00436-CEM-GJK |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant, FIRST CHOICE HEALTHCARE SOLUTIONS, INC. ("Defendant"), by and through its undersigned counsel, hereby discloses the following pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, all other identifiable legal entities related to any party in the case, and all members of any LLC including their citizenship:

   a. **First Choice Healthcare Solutions, Inc. – Defendant**

   b. **Steward Physician Contracting, Inc. (a subsidiary of Steward Health Care System, LLC) – Shareholder of Defendant**

   c. **Tasos C. Paindiris – counsel for Defendant**

   d. **Amanda A. Simpson – counsel for Defendant**

   e. **Jackson Lewis P.C. –  counsel for Defendant**

  f. **Kris Romandetti – Plaintiff**

  g. **Christian Charles Romandetti, Sr. – Plaintiff's husband and Shareholder of Defendant**

  h. **Leading Edge Medical Consulting, LLC – Plaintiff**

  i. **Taylor F. Ford – counsel for Plaintiff**

  j. **Dustin Mauser-Claasen – counsel for Plaintiff**

  k. **King, Blackwell, Zehnder & Wermuth, P.A. – counsel for Plaintiff**

 2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  **None.**

 3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

  **Not applicable.**

 4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

  **None not already identified in response to Item No. 1.**

 I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

3

DATED this 22nd day of March, 2019.

    Respectfully submitted,

    JACKSON LEWIS P.C.
    390 North Orange Avenue, Suite 1285
    Orlando, Florida 32801
    Telephone:   (407) 246-8440
    Facsimile:   (407) 246-8441


    By:   */s/ Amanda A. Simpson*
        Tasos C. Paindiris
        Florida Bar No. 0041806
        tasos.paindiris@jacksonlewis.com

        Amanda A. Simpson
        Florida Bar No. 0072817
        amanda.simpson@jacksonlewis.com

    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of March, 2019, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Taylor F. Ford, Esquire, Dustin Mauser-Claasen, Esquire, King, Blackwell, Zehnder & Wermuth, P.A., P.O. Box 1631, Orlando, FL 32802-1631.

    */s/ Amanda A. Simpson*
    Amanda A. Simpson

4846-7469-7609, v. 2